STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-656 consolidated with 05-655


SUCCESSION

OF

ATTWARD JOSEPH SOILEAU


************
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 34,654 c/w NO. 34,544
HONORABLE B. DEXTER RYLAND, DISTRICT JUDGE

************

JAMES T. GENOVESE
JUDGE

************

Court composed of Sylvia R. Cooks, Michael G. Sullivan, and James T. Genovese, Judges.

**Cooks, Judge, concurs.**

REVERSED AND REMANDED.

**Robert S. Leake**
**2155 Duncan Drive**
**Baton Rouge, Louisiana 70802**
**COUNSEL FOR APPELLANT:**
    **Sandra Kay Soileau Leake**

**Robert G. Nida**
**2001 MacArthur Drive**
**Post Office Box 6118**
**Alexandria, Louisiana 71307-6118**
**COUNSEL FOR APPELLANT:**
    **Sandra Kay Soileau Leake**

**W. Alan Pesnell**
**400 Travis Street, Suite 1100**
**Post Office Box 1794**
**Shreveport, Louisiana 71166-1794**
**COUNSEL FOR APPELLEE:**
    **Sadie Veillon**

**Ralph W. Kennedy**
**1215 Texas Avenue**
**Alexandria, Louisiana  71301**
**COUNSEL FOR APPELLEE:**
        **Sadie Veillon**

**GENOVESE, Judge.**

For the reasons assigned in the companion and consolidated case of *Succession of Attward Joseph Soileau*, 05-655 (La.App. 3 Cir. __/__/05), ___ So.2d ___, we reverse the trial court's ruling on the cross-motions for summary judgment and we find that there are material questions of fact which exist as to testamentary intent. We remand this matter to the trial court for trial on the merits to determine the testamentary intent and legal interpretation of Soileau's will. Costs of this appeal are assessed equally against Appellant and Appellee.

**REVERSED AND REMANDED.**